NO. 29445

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————————

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee

vs.

CEDRIC K. KIKUTA, Respondent/Defendant-Appellant

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR. NO. 07-1-0056)

ORDER OF CORRECTION
(By: Acoba, J., for the court[1])

Upon review of the majority opinion filed herein on June 8, 2011, it appears that the statute referred to on page 47, line 1, is in error, therefore,

IT IS HEREBY ORDERED that the statute referred to on the first line of page 47 is corrected from HRS § 707-702(2) to HRS § 707-712(2), so that the line reads as follows:

759, 764 (2d Cir. 1981).)). A plain reading of

HRS § 707-712(2),

_____

[1] Considered by Recktenwald, C.J., Nakayama, Acoba, Duffy, and Circuit Judge Wilson, assigned due to a vacancy.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, August 11, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice

